O

# United States District Court
# Central District of California

| | |
|---|---|
| MARY LOU VEGA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>OCWEN FINANCIAL CORPORATION; OCWEN LOAN SERVICING, LLC,<br><br>            Defendants, | Case No. 2:14-cv-04408-ODW(PLAx)<br><br>**ORDER STRIKING DOCKET ENTRIES 50, 52, 53 AND 58** |

On its own motion and pursuant to Federal Rule of Civil Procedure 60(a), the Court hereby **WITHDRAWS** the previously published Order entered December 1, 2014. (ECF No. 50.) The Court believes that the December 1, 2014 Order was improperly decided, and it would like to revisit the legal issues in question. The Court hereby **STRIKES** Docket Entries 50, 52, 53, and 58. The Court vacates all deadlines in this matter and advises the parties to suspend discovery. A new order will issue.

**IT IS SO ORDERED.**

February 25, 2015

                                              _____
                                                 **OTIS D. WRIGHT, II**
                                            **UNITED STATES DISTRICT JUDGE**