ELIZABETH L. MCKEEN (S.B. #216690)
emckeen@omm.com
CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
ASHLEY M. PAVEL (S.B. #267514)
apavel@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
Ocwen Financial Corporation and Ocwen Loan
Servicing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU VEGA, TARA INDEN, and REGINA SAFFOLD-SANDERS, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, a Florida corporation, and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-04408-ODW-PLA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: May 18, 2015<br>Time: 1:30 p.m.<br>Ctrm: 11<br>Judge: Hon. Otis D. Wright II |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on May 18, 2015 at 1:30 p.m. or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright II (Courtroom 11) of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") (collectively, "Ocwen") will and hereby do move to dismiss plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and for failure to plead with the particularity required by Fed. R. Civ. P. 9(b).

This motion is based on defendants' concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice and exhibits thereto, the Court's file in this action, any other matter of which the Court may properly take judicial notice, the arguments of counsel, and all supplemental papers filed at or before the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 10, 2015.

Dated: April 17, 2015

ELIZABETH L. MCKEEN
CATALINA J. VERGARA
ASHLEY M. PAVEL
O'MELVENY & MYERS LLP

By:   /s/ Catalina J. Vergara
         Catalina J. Vergara
Attorneys for Defendants
Ocwen Financial Corporation and
Ocwen Loan Servicing, LLC